# Court of Appeals
# of the State of Georgia

ATLANTA, ____March 05, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1110.  RICHARD D. BRADSHAW v. THE STATE.

Richard Bradshaw pled guilty to child molestation.  He later filed pro se motions to withdraw his guilty plea and for "document and record at government expense."  By separate orders entered on July 23, 2014, the trial court denied both motions.  On September 3, 2014, Bradshaw filed a pro se notice of appeal indicating his wish to appeal both orders of July 23, 2014.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." (Citation and punctuation omitted.)  *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).  Because Bradshaw filed his notice of appeal 42 days after entry of the orders he seeks to appeal, this appeal is untimely.  It is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/05/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*